Opinion by TYSON, J.

---

## Perry v. Ivy Coal & Coke Co.

APPEAL from Jefferson Circuit Court.

Tried before the Hon. A. A. COLEMAN.

TILLMAN & CAMPBELL, for appellants.

JOHN J. MOORE, for appellees.

This was an action of assumpsit brought by the Ivy Coal & Coke Company against A. J. and H. W. Perry. On the trial of the case there was judgment in favor of the plaintiff. The defendants appeal.

The judgment was reversed and the cause remanded. Opinion by DOWDELL, J.